UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KELLY BULLERDICK,

    Plaintiff,

v.                                  Case No. 8:10-CV-02739-EAK-TBM

BALBOA INSURANCE COMPANY,

    Defendant.
_____/

**ORDER GRANTING PLAINTIFF'S MOTION TO ALTER OR AMEND**

This cause is before the Court on Plaintiff's Motion to Alter or Amend (Dkt. 40) its March 5, 2012 Order (Dkt. 39), in which the Court *sua sponte* dismissed the instant case for lack of subject matter jurisdiction. Being fully advised of the premises, the Court finds Plaintiff's motion well taken and joins its fellow judges of this district in holding that Plaintiff Bullerdick, as owner of the subject property, "can proceed against [Balboa] for breach of contract as a third-party beneficiary of the insurance policy," notwithstanding the fact that the policy at issue is not in Bullerdick's name. *Fawkes v. Balboa Ins. Co.*, No. 8:10-cv-2844-T-30TGW, 2011 WL 557322, at *2 (M.D. Fla. Feb. 11, 2012); *see Kelly v. Balboa Ins. Co.*, No. 8:11-cv-450-T-35-MAP, at *5 ("[T]he promise by Defendant to pay the mortgagee to the extent of its loss in the Subject Property may be enforced by Plaintiff, as a third-party beneficiary even if Plaintiff possesses no policy of insurance in her name."). Plaintiff's motion to alter or amend is granted. Accordingly, it is

1

ORDERED that Plaintiff's Motion for Alter or Amend (Dkt. 40) be **GRANTED**. This Court's March 5, 2012 (Dkt. 39) Order is hereby **VACATED**. The Clerk of Court shall reopen this case. The parties are granted leave to revise and refile any motions they deem appropriate, including the Motion for Summary Judgment (Dkt. 21) previously denied as moot. Balboa shall have twenty (20) days in which to update and refile its Motion for Summary Judgment. Plaintiff Bullerdick shall then have fourteen (14) days thereafter in which to file his response.

**DONE AND ORDERED** in Chambers, in Tampa, Florida this 15th of June, 2012.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to: All parties and counsel of record.